David Spivak (SBN 179684)
    david@spivaklaw.com
Caroline Tahmassian (SBN 285680)
    caroline@spivaklaw.com
THE SPIVAK LAW FIRM
9454 Wilshire Blvd., Suite 303
Beverly Hills, CA 90212
Telephone:    (310) 499-4730
Facsimile:    (310) 499-4739

Attorneys for Plaintiff,
THERESA DUCKWORTH
(additional attorneys on next page)

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO DIVISION

| | |
|---|---|
| THERESA DUCKWORTH, on behalf of herself, all others similarly situated, and the general public, and as an "aggrieved employee" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004,<br><br>*Plaintiff,*<br><br>v.<br><br>KENT'S MEATS & GROCERIES, INC., a California corporation; KENT W. PFRIMMER, an individual; JERRY WOBBE, an individual; and DOES 1 through 10,<br><br>*Defendant(s).* | Case No.: 2:15-CV-00292-TLN-CMK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS FOR RELIEF 10 THROUGH 16 AND WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS**<br><br>Action Filed:    February 4, 2015 |

1

*Duckworth v. Kent's Meats & Groceries, Inc., et al.*     Order on Stip. for Dismissal of Plaintiff's Claims for Relief and
                                                          Withdrawal of Defendants' Motion to Dismiss

**ATTORNEYS FOR DEFENDANTS KENT'S MEATS & GROCERIES, INC. AND KENT W. PFRIMMER**

Dennis C. Huie (State Bar No. 184377)
    dhuie@rjo.com
Aaron M. Scolari (State Bar No. 237397)
    ascolari@rjo.com
ROGERS JOSEPH O'DONNELL
311 California Street
San Francisco, California 94104
Telephone:    (415) 956-2828
Facsimile:    (415) 956-6457

2

*Duckworth v. Kent's Meats & Groceries, Inc., et al.*    Order on Stip. for Dismissal of Plaintiff's Claims for Relief and Withdrawal of Defendants' Motion to Dismiss

WHEREAS, on February 4, 2015, THERESA DUCKWORTH ("Plaintiff") commenced this individual and class action against KENT'S MEATS & GROCERIES, INC. and KENT W. PFRIMMER ("Defendants") in the United States District Court, Eastern District of California-Sacramento Division. In addition to her individual sexual discrimination, harassment and retaliation claims based on violations of the public policy, Title VII of the Civil Rights Act of 1964 ("Title VII"), and the California Fair Employment and Housing Act ("FEHA"), Plaintiff alleged that Defendants are liable to her and other similarly situated current and former non-exempt, hourly employees in California for unpaid wages and other related relief based on Defendants' alleged failures to (1) provide all rest breaks, (2) provide all meal periods, (3) fairly compete, (4) indemnify for all expenses, (5) provide accurate wage statements, and (6) timely pay final wages upon termination of employment.

WHEREAS, on February 27, 2015, Plaintiff served Defendants with the lawsuit.

WHEREAS, on March 25, 2015, Defendants filed a motion to dismiss Plaintiff's wage and hour class claims (Claims for Relief 10 through 16). Defendants argued that the Court lacks supplemental jurisdiction over Plaintiff's state wage and hour claims under 28 U.S.C. § 1367(a).

WHEREAS, Plaintiff does not concede to Defendants' arguments for lack of supplemental jurisdiction over the disputed claims.

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED AS FOLLOWS:

    A.    Plaintiff will file an amended complaint (attached as Exhibit A to this Stipulation) that omits Claims for Relief 10 through 16.

    B.    Plaintiff will file the dismissed claims in the Superior Court of California, County of Shasta.

3

*Duckworth v. Kent's Meats & Groceries, Inc., et al.*     Order on Stip. for Dismissal of Plaintiff's Claims for Relief and Withdrawal of Defendants' Motion to Dismiss

C. Any tolling of Plaintiff's statute of limitations for the dismissed claims is governed by federal and/or state law.

D. Immediately after filing of this stipulation and before April 9, 2015, Defendants will withdraw their motion to dismiss Plaintiff's state claims.

IT IS SO ORDERED.

Dated: April 9, 2015

Troy L. Nunley
United States District Judge

4

*Duckworth v. Kent's Meats & Groceries, Inc., et al.*   Order on Stip. for Dismissal of Plaintiff's Claims for Relief and Withdrawal of Defendants' Motion to Dismiss